

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298


Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

April 28, 2015

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    **Case 1:14-cv-05298-ENV-RLM**
                **Barbos et al. v. Basil Brick Oven Pizza Corp.**

Dear Magistrate Judge Mann:

      We represent Defendant Basil Brick Oven Pizza Corp. in the above referenced matter. Pursuant to Your Honor's March 24, 2015 Order, the parties write jointly to notify the Court as to the status of settlement.  The parties are continuing settlement negotiations.  However, if the parties do not reach a settlement in principle by the May 13th initial conference, they are prepared to commence discovery.

      Thank you.

                                                     Respectfully yours,

                                                     */s/ Christine Hogan*

                                                     Christine L. Hogan

cc:    Counsel of Record (via ECF)

littler.com